JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORIN SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OCEANIC PRESERVATION SOCIETY, a Colorado non-profit; NETFLIX, INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:24-cv-04784-AB-RAO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is hereby dismissed, with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: October 17, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE